# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:25-mj-00078-DUTY |
| Bryan Chavarria-Bucio | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _The Government_, IT IS ORDERED that a detention hearing is set for _March 13_, _2025_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _David T. Bristow_, in Courtroom _4_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 3/3/2025

_[signature: David T. Bristow]_
U.S. ~~District Judge~~/Magistrate Judge